Joseph S. Genshlea, State Bar No. 36369
WEINTRAUB GENSHLEA CHEDIAK
A LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Mitchel H. Kider, State Bar No. 116479
Vanessa T. Lam, State Bar No. 223254
WEINER BRODSKY SIDMAN KIDER PC
1300 Nineteenth Street, NW, 5th Floor
Washington, DC  20036
(202) 628-2000 – Main
(202) 628-2011 – Facsimile

Attorneys for Defendants,
Beazer Homes Holdings Corp.,
Beazer Homes USA, Inc., and
Security Title Insurance Company

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANGEL MAXION and DAISY MAXION, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>BEAZER HOMES HOLDINGS CORP., *et al.*,<br><br>  Defendants. | Case No.:  2:08-CV-01650-FCD-KJM<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS BEAZER HOMES HOLDINGS CORP., BEAZER HOMES USA, INC., AND SECURITY TITLE INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

This Stipulation is made by and between Plaintiffs Angel Maxion and Daisy Maxion (collectively, "Plaintiffs") and Defendants Beazer Homes Holdings Corp., Beazer Homes USA, Inc., and Security Title Insurance Company (collectively, "Defendants"), through their respective counsel, in light of the following facts:

{9999/JSG/JSG/1058131.DOC;}  1

Second and Order Stipulation to Extend Time
to Respond to Complaint
Case No.:  2:08-CV-01650-FCD-KJM

# RECITALS

WHEREAS, on or about March 12, 2008, Plaintiffs commenced this action against Defendants by filing a Complaint in the Superior Court of the State of California for the County of Placer, Case No. SCV 022612;

WHEREAS, on or about June 2, 2008, Plaintiffs filed their First Amended Complaint;

WHEREAS, on July 17, 2008, Defendants removed this action to the United States District Court for the Eastern District of California, Sacramento Division;

WHEREAS, the parties previously agreed to an extension of time, until August 14, 2008, for Defendants to file a response to the Complaint;

WHEREAS, the parties are currently in the process of meeting and conferring on certain issues;

WHEREAS, Plaintiffs and Defendants agree that Defendants may seek an additional fourteen (14) days, until August 28, 2008, in which to respond to the First Amended Complaint;

WHEREAS, the parties further agree that the requested extension is not for purposes of delay, but so that the due process of the parties is protected and so that justice may be done.

# STIPULATION

It is hereby stipulated by the parties through their counsel that:

Defendants Beazer Homes Holdings Corp., Beazer Homes USA, Inc., and Security Title Insurance Company shall have an extension of time, up to and including August 28, 2008, in which to file their response to Plaintiffs' First Amended Complaint.

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: August 12, 2008           Weintraub Genshlea Chediak
                                 A Law Corporation

By:      /s/ Joseph S. Genshlea
Joseph S. Genshlea, State Bar No. 36369
Defendants Beazer Homes USA, Inc.,
Beazer Homes Holdings Corp., and Security
Title Insurance Company

Dated: August 12, 2008           Milstein, Adelman & Kreger, LLP

By:      /s/ Paul D. Stevens
Paul D. Stevens, State Bar No. 207107
Plaintiffs Angel Maxion and Daisy Maxion

## ORDER

Upon consideration of the parties' Second Stipulation to Extend Time for Defendants Beazer Homes Holdings Corp., Beazer Homes USA, Inc., and Security Title Insurance Company to File Responsive Pleading to Complaint, and finding that good cause is shown, it is hereby

ORDERED that the parties' request be and is GRANTED. It is further

ORDERED that Defendants Beazer Homes Holdings Corp., Beazer Homes USA, Inc., and Security Title Insurance Company shall have an extension of time, up to and including August 28, 2008, in which to file their response to Plaintiffs' First Amended Complaint.

SO ORDERED.

Dated: August 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE