Joseph S. Genshlea, State Bar No. 36369
WEINTRAUB GENSHLEA CHEDIAK
A LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Mitchel H. Kider, State Bar No. 116479
Van T. Lam, State Bar No. 223254
WEINER BRODSKY SIDMAN KIDER PC
1300 Nineteenth Street, NW, 5th Floor
Washington, DC  20036
(202) 628-2000 – Main
(202) 628-2011 – Facsimile

Attorneys for Defendants,
Beazer Homes Holdings Corp.
Beazer Homes USA, Inc., and
Security Title Insurance Company

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ANGEL MAXION and DAISY MAXION; individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BEAZER HOMES HOLDINGS CORP., *et al.*,<br><br>    Defendants. | Case No.:  2:08-CV-01650-FCD-KJM<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT TO ADD NEW PLAINTIFFS AND TO SET THE TIME FOR DEFENDANTS BEAZER HOMES HOLDINGS CORP., BEAZER HOMES USA, INC., AND SECURITY TITLE INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO THE AMENDED COMPLAINT** |

This Stipulation is made by and between Plaintiffs Angel Maxion and Daisy Maxion (collectively, "Plaintiffs") and Defendants Beazer Homes Holdings Corp., Beazer Homes USA,

{13490/16799/RRC/1075162.DOC;}      1      Stipulation

Inc., and Security Title Insurance Company (collectively, "Defendants"),[1] through their respective counsel, in light of the following facts:

### RECITALS

WHEREAS, on or about March 12, 2008, Plaintiffs commenced this action against Defendants by filing a Complaint in the Superior Court of the State of California for the County of Placer, Case No. SCV 022612;

WHEREAS, on or about June 2, 2008, Plaintiffs filed their First Amended Complaint;

WHEREAS, on July 17, 2008, Defendants removed this action to the United States District Court for the Eastern District of California, Sacramento Division;

WHEREAS, in response to the First Amended Complaint, Defendants' filed a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment;

WHEREAS, on October 28, 2008, the Court issued a Memorandum and Order which, among other things, denied the Motion to Dismiss and continued the Motion for Summary Judgment until March 27, 2009; and

WHEREAS, Plaintiffs and Defendants have discussed the merits of their respective positions and, in the interests of a "just, speedy, and inexpensive determination of [this] action," (*see* Rule 1, Fed. R. Civ. P.), the Parties propose the following schedule:

1. Plaintiffs shall have ten days from the date of entry of this Stipulation by the Court in which to file their Second Amended Complaint adding or substituting, as appropriate, Richard and Donna Gerhart as named plaintiffs.

2. Defendants Beazer Homes Holdings Corp., Beazer Homes USA, Inc., and Security Title Insurance Company shall have thirty days from the filing of the Second Amended Complaint in which to file their response.

---

[1] The caption identified "Beazer Homes Holdings Corporation dba Beazer Homes" as a defendant in this action. Defendants contend that they are not aware of any corporate entity by the name "Beazer Homes Holdings Corporation;" rather, the correct name is "Beazer Homes Holdings Corp."

3. Defendants Beazer Homes Holdings Corp., Beazer Homes USA, Inc., and Security Title Insurance Company are not required to Answer or otherwise respond to the First Amended Complaint.

4. Within five days of the entry of this Stipulation, the Parties agree to exchange documents relating to the Gerharts' transaction.

5. All other deadlines set forth in the Court's October 28, 2008 Memorandum and Order shall remain in effect. *See* Docket Entry No. 22.

Respectfully submitted,

Dated:  November 12, 2008                Kabateck Brown Kellner LLP

By:   /s/ - Joshua H. Haffner
Joshua H. Haffner, State Bar No. 188652
Plaintiffs Angele Maxion and Daisy Maxion

Dated:  November 12, 2008                Weintraub Genshlea Chediak
A Law Corporation

By:   /s/ - Joseph S. Genshlea
Joseph S. Genshlea, State Bar No. 36369
Defendants Beazer Homes USA, Inc., Beazer Homes Holdings Corp. and Security Title Insurance Company

**IT IS SO ORDERED.**

DATED:  November 12, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

F:\99677\004\Stipulation for Amendment of Complaint.DOC