Joseph S. Genshlea, State Bar No. 36369
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Mitchel H. Kider, State Bar No. 116479
Vanessa T. Lam, State Bar No. 223254
David M. Souders (admitted *pro hac vice*)
WEINER BRODSKY SIDMAN KIDER PC
1300 Nineteenth Street, NW, 5th Floor
Washington, DC  20036
(202) 628-2000 – Main
(202) 628-2011 – Facsimile

Attorneys for Defendants
Beazer Homes Holdings Corp.,
Beazer Homes USA, Inc., and
Security Title Insurance Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD GERHART and DONNA GERHART, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BEAZER HOMES HOLDINGS CORP., *et al.*,<br><br>    Defendants. | Case No.:  2:08-CV-01650-FCD-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS BEAZER HOMES HOLDINGS CORP., BEAZER HOMES USA, INC., AND SECURITY TITLE INSURANCE COMPANY TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

This Stipulation is made by and between Plaintiffs Richard Gerhart and Donna Gerhart (collectively, "Plaintiffs") and Defendants Beazer Homes Holdings Corp., Beazer Homes USA, Inc., and Security Title Insurance Company (collectively, "Defendants"), through their respective counsel, in light of the following facts:

**RECITALS**

WHEREAS, on or about March 12, 2008, Plaintiffs commenced this action against Defendants by filing a Complaint in the Superior Court of the State of California for the County of Placer, Case No. SCV 022612;

WHEREAS, on or about June 2, 2008, Plaintiffs filed a First Amended Complaint;

WHEREAS, on July 17, 2008, Defendants removed this action to the United States District Court for the Eastern District of California, Sacramento Division;

WHEREAS, on August 28, 2008, in response to the First Amended Complaint, Defendants filed a Motion to Dismiss or, in the alternative, Motion for Summary Judgment;

WHEREAS, on October 28, 2008, the Court issued a Memorandum and Order which, among other things, denied Defendants' Motion to Dismiss and continued the Motion for Summary Judgment until March 27, 2009;

WHEREAS, on November 13, 2008, the Court entered a Stipulation and Order allowing Plaintiffs to file a Second Amended Complaint and providing that Defendants shall have thirty (30) days thereafter to file a response;

WHEREAS, on November 26, 2008, Plaintiffs filed a Second Amended Complaint which, among other things, substitutes Richard Gerhart and Donna Gerhart as the named plaintiffs in this action;

WHEREAS, Defendants' response to the Second Amended Complaint is presently due on December 26, 2008;

WHEREAS, due to the upcoming holidays and the fact that the named

{13490/16799/JSG/1078077.DOC;}

2

Stipulation and Order to Extend Time for Defendants to Respond to Plaintiffs' Second Amended Complaint, Case No. 2:08-cv-1650

plaintiffs have changed, Defendants seek additional time to investigate the allegations and prepare a response;

WHEREAS, Plaintiffs seek additional time to respond to any dispositive motion filed by Defendants; and

WHEREAS, this is the parties' first request for an extension of time in connection with the Second Amended Complaint, and the parties agree that the requested extension is not for purposes of delay, but so that the due process of the parties is protected and so that justice may be done.

## STIPULATION

Accordingly, it is hereby stipulated by the parties through their counsel that:

1. Defendants shall have an additional fourteen (14) days, until January 9, 2009, in which to respond to the Second Amended Complaint.

2. Plaintiffs shall have twenty-eight (28) days, until February 6, 2009, in which to respond to any motion filed by Defendants.

3. Defendants shall have ten (10) days, until February 20, 2009, in which to file a reply in support of any motion.

4. Any dispositive motion filed by Defendants shall be set for hearing on March 6, 2009.

Dated: December 9, 2008

**weintraub** genshlea chediak
a law corporation

By: ⎯⎯⎯/s/ Joseph S. Genshlea⎯⎯⎯
Joseph S. Genshlea, State Bar No. 36369

WEINER BRODSKY SIDMAN KIDER PC
Mitchel H. Kider, State Bar No. 116479
Vanessa T. Lam, State Bar No. 223254
David M. Souders (admitted *pro hac vice*)

Attorneys for Defendants
Beazer Homes Holdings Corp.,
Beazer Homes USA, Inc., and
Security Title Insurance Company

| | | |
|---|---|---|
|1| Dated:  December 9, 2008 | Kabatech Brown Keller LLP |
|2| | |
|3| | By:    /s/ Joshua H. Haffner |
|4| | Joshua H. Haffner, State Bar No. 36369 |
|5| | Attorneys for Plaintiffs<br>Richard and Donna Gerhart |
|6| | |
|7|**IT IS SO ORDERED**.| |
|8| | |
|9| DATED:  December 9, 2008 | |
|10| | FRANK C. DAMRELL, JR<br>UNITED STATES DISTRICT JUDGE |

weintraub genshlea chediak
LAW CORPORATION